MINNIE K. SIBLEY, Respondent, v. ERASTUS D. ROGERS, Appellant, and

Another.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.